IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Valdosta DIVISION

2015 JUN 24 AM 10: 03

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. §1983

DISTRICT COURT
MIDDLE DIST. OF GEORGIA
VALDOSTA, GEORGIA

EARNEST BARNARD CLAYTON -957639

_____

_____

(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF):

Plaintiff(s)

VS.

JAMES FOSTER — John Doe, Jane Doe
Marty Allen, John Doe, Jane Doe
C_____, John Doe, June Doe
Orr Guthneakes John Doe, John Doe

(NAME OF EACH DEFENDANT)

Defendant(s)

7:15-CV-117

CIVIL ACTION NO.

COMPLAINT

## I. GENERAL INFORMATION

1. Your full name and prison number  EARNEST BARNARD CLAYTON
2. Name and location of prison where you are now confined  Georgia State Prison Reidsville, Georgia 30453
3. Sentence you are now serving (how long?)  65 years
   (a) What were you convicted of?  Fulton County
   (b) Name and location of court which imposed sentence  Fulton County
   (c) When was sentence imposed?  2007
   (d) Did you appeal your sentence and/or conviction?  ☑ Yes   ☐ No
   (e) What was the result of your appeal?  N/A
   (f) Approximate date your sentence will be completed  2065

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in any federal or state court dealing with the SAME FACTS involved in this lawsuit or otherwise related to your imprisonment?   ☐ Yes   ☐ No

5. If your answer to question 4. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

   (b) Name of Court:_____
   (c) Docket Number:_____ When did you file this lawsuit?_____
   (d) Name of judge assigned to case:_____
   (e) Is this case still pending   ☐ Yes   ☐ No
   (f) If your answer to (e) is "No," when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
   _____

## III. PRESENT CONFINEMENT

6. Where are you now confined?_____
   (a) How long have you been at this institution?_____
   (b) Does this institution have a grievance procedure?   ☐ Yes   ☐ No
   (c) If your answer to question 6(b) is "Yes," answer the following:
      (1) Did you present your complaint(s) herein to the institution as a grievance?
         ☐ Yes   ☐ No
      (2) What was the result?_____

   (d) What, if anything, have you done to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.
   _____

7. In what other institutions have you been confined? Give dates of entry and exit.

Valdosta State Prison          N/A

## IV. PARTIES TO THIS LAWSUIT

8. List the name and address of each plaintiff in this lawsuit.

EARNEST CLAYDON
Georgia State Prison
300 1st Ave South
Reidsville, Georgia 30453

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Marty Allen was the Warden
James Foster was a Lt over Teir II program
Leon Cosler was the Unit Manger
Calvin Orr was the Deputy Warden
John Doe was nurse
John Doe was Sty. over the hole

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

   Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT! If the court needs additional information from you, you will be notified.

# IV. PARTIES TO THIS LAWSUIT

Jane Doe was a correction officer
John Doe was a correctional officer
John Doe was a nurse
John Doe was a correctional officer
John Doe was a correctional officer
Jane Doe was a Correctional Officers
Jane Doe was a nurse at Valdosta State Prison

V.  Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On September 03, 2014, defendant Foster, defendant Carver, defendant Orr, defendant Smith, defendant Allen, refused to feed me my dinner meal as a result of defendant Foster, Allen, Foster, Carver, Orr, Smith, action I suffer severe stomach pain, dizzness, and began vomiting, and also I suffer a severe headache, defendant Orr, defendant Allen, defendant Carver also instructed Foster to place me on stripcell, and defendant pack my property and throw my property in the dayroom and as a result inmates stoled my letter from my family, card from my family and legal mail from my family lawyers, as a result of defendant Foster action he cause me to becam very depression, and emotional distress. defendant Foster, Carver, Smith Orr, or Allen, never make such that I was feed before they left and went home. I explained to Foster before he left I need my meal or I was cyoing suffer headache pain, because because of my medication that I take, but defendant Foster stated I don't give a fuck about you "snitch" and left without taking appropiate action to make such that I was fed, and as a result of Foster he cause me to suffer pain, severe a extem headache. the nurse told me to fill out a sickcall at pillcall

Later on second shift I complaint about my headache, and the pain I was having to another staff member of Valdosta State prison. I reported defendant Foster, Allen, Orr, and Carver action against me and defendant went and got me a sandwind to eat with my medication. I reput all these issue to defendant Incinste that is listed in this Complaint and she refused to take appropirate action to stop defend

## STATEMENT TO CLAIM

Cont. Allen, defendant Carver, defendant Allen, defendant Foster, and orr and the other John Doe's and June Doe's action against me. She was aware of everything I stated in this complaint and intentional denied or refuse to protection from be harm by defendants

**CLAIM ONE** Defendant Foster denied me my meal, when I was not breaking any prison rule and when I when was not being disruptively defendant Foster action violated my rights under the Eighth Amendment to the United State Constitution, and caused me pain, suffering physical injury and extreme emotional distress

**CLAIM TWO**: Defendant Foster acted with deliberate indifference to my serious medical need by denied me medical treatment defendant Foster actions, violated my rights under the Eighth Amendment to the United States Constitution, and caused me to suffer pain and suffer, physical injury and emotional distress

### 2.
### SUPPORTING FACTS

The next Day on September 04, 2014 when I was not breaking any of the prison rule and when I was not being disruptively came to my assigned cell while was naked, and stated to me "you snitched on me again to my co-workers, you snitched and told on me, Allen and Carver, and orr, we run this, who you snitched to ain't nobody I'm their supervisor we tell then what to do and just for you trying to snitch on us some more we is going to make your life a living hell, Snitch." I again told Foster I needed medical treatment for my back, neck, because I was suffering extemeely sereve pain in my back and neck from sleeping on a iron steel bunk with a bedding product was because Allen, Carver, Orr, and Foster would not allow me have after my 8 hours on strip cell over, but defendant Foster again stated to me Hell Naw Snitch you're going to suffer all the pain, just because you snitched on us to our coworker, then defendant Foster my assigned cell, without giving any medical treatment for my back, and neck that he caused because of his action against me

**CLAIM THREE**: Defendant Foster retaliated, and continued for retaliate against me for excersing my rights under the First Amendment, defendant Foster actions violated my rights under the First Amendment to the United States constitution and caused me injury to my First Amendment rights and caused me injury to my health, safety and welfare.

**CLAIM FOUR**: Defendant Foster acted with deliberate Indifference to my serious medical need, defendant Foster action violated my rights under the Eighth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotion distress

### 3.
### SUPPORTING FACTS

On September 04, 2014, when I was not breaking any prison rules and when I was not being disruptively, defendant Foster, defendant Allen, defendant Carter and defendant Orr intentionally denied me 2 meal, my lunch and dinner meals as punishment for reporting their wrongful action against me to another staff member and instead they gave me 4 slice of bread and cup with trash in it with a lid on top of the cup tied up on inside of a pluset bug with the bread. and a result of being denied 2 adequate meal, in one day defendant Allen, Foster, Carter, Orr

Cont.  STATEMENT TO CLAIM

Caused me to suffer a severe, and extreme headache, dizziness, stomach pain extreme stomach cramps. I request for medical treatment on September 04, 2014 September 05, 2014, September 6, 2014, September 07, 2014, September 08, 2014, for my pain and suffering but defendant Allen, defendant Orr, defendant Foster, and defendant Carver, instructed medical staff to not allow me any medical examination, or pain pill, intentionally to cause me harm pain, for reporting their action to another staff members. Defendant Jane Doe, Jane Doe, John Doe, John Doe refused to give me pain medical cation, and refused to examine me, and as a result of defendant Jane Doe, Jane Doe, John Doe, John Doe action they caused me to suffer pain physical injury and emotional distress intentionally because of their actions. Along with defendants Allen, Carters, Fosters, and Orr actions against me. These defendant was aware of my physical injury, and serious medical and refused to responses appropriate to health me for healthcare safety. The law denied meal was safety and cause me to lose 5 or 6 pounds, and was not enough proteins intentionally to maintain my health and safety.

CLAIM FIVE: Defendants Foster, Allen, defendant Allen, defendant Carver, defendant Orr defendant Jane Doe, defendant Jane Doe, defendant John Doe, acted with deliberate indifferent to my serious medical need, defendant Allen, defendant Carver, defendant Foster, defendant Orr, defendant Jane Doe, defendant Jane Doe, defendant John Doe and defendant John Doe action violated my rights under Eighth Amendment to the United States Constitution, and caused me pain, suffering, physical injury and emotional distress, and ca

CLAIM SIX: Defendant Foster, Defendant Allen, defendant Carver, defendant Orr, retaliated and continued to retaliate against me, for exercise my First Amendment rights. defendant Foster, defendant Allen, defendant Carver, and defendant Orr action violated my First Amendment rights under the First Amendment to the United States Constitution and caused me injury to my First Amendment right and to my health, safety,

CLAIM SIX: Defendant Foster, Defendant Allen, defendant Carver, defendant Orr, actions is violating and violated my rights under the Fourteenth Amendment to the United States Constitutions, and is causing me physical injury, pain, and suffering and emotional distress

4.
SUPPORTING FACTS

ON September 05, 2014, September 07, 2014, September 08, When I was not breaking any prison rule and when I was not being disruptively, defendant Allen, defendant Carver defendant Orr, and defendant Foster Instructed John Doe, Jane Doe, John Doe, John Doe to only allow me to eat cold food, when they was able to feed me as punishment for reporting their action to another staff members. And as a result of only being feed cold food, I suffer severe extreme chest pain, gas, and stomach extreme stomach pain.

CLAIM SEVEN: Defendant Allen, defendant Carver, defendant Foster, defendant John Doe, defendant John Doe, defendant John Doe, defendant John Doe action violate my rights under the Due Process and violated by right under the Fourteenth Amendment to the United States Constitution and caused me pain, physical injury, and emotional distress prematurely

Cont. STATEMENT TO CLAIM

## 5.
## SUPPORTING FACTS

On September 04, 2014, September 05, 2014, September 07, 2014, and September 08, 2014, where I was not break any prison rule and was not being disruptively, defendant Allen defendant Foster, defendant Carver, defendant Orr would not provide me any clothing, any matress or bedding product, and instructed defendant John Doe, defendant John Doe, and Jane Doe, and defendant John Doe to do the same, Defendant John Doe, Defendant John Doe, Defendant John Doe and Defendant Jane Doe did as they was instructed to do by defendant Allen, and Carver, Foster, Orr, and punished me to punishment because I report their action to other staff members and as result of Defendant Allen, Defendant Orr, Defendant Carver, Defendant Foster, Defendant John Doe, Defendant John Doe, Defendant John Doe, Defendant Jane Doe, Defendant Jane Doe, I suffer extreme muskaralur pain in my neck, BACK, and side of my body from having to sleep for 4 days with out bedding product, mattress. I have to sleep nude for 4 days in the freezing cold because I was not allow any clothes on these day as punishment for complaint to staff member about defendant Allen, defendant Carver, defendant Foster, defendant wrongdoing against me. Defendants also caused me sereve chest pain, permanely panning back and neck.

On September 04, 2014, September 05, 2014, September 08, 2014, September 7, 2014, When I was not breaking any prison rule and when I was not being disruptively. I was not allow any hygenie personally cleaning supply, I was not allow any hot or cold running water in my assigned cell, I was not allow to flush or dispose my urine and bowel movement, human waste, down the tolet. Defendant Allen, defendant Carver, defendant Foster, defendant Orr, defendant John Doe, Defendant John Doe, defendant Jane Doe, defendant Jane Doe, defendant John Doe would not allow me to have hygene, personally cleaning supply, hot and cold running water in my assigned cell, They would not allow me to flush, or dispose my human waste. I have to eat, live, and sleep in a close confinement of my assigned cell for 4 day and I was allowed out of my cell for about 20 min, then I have to eat live, and sleep in a close confinement of my assigned cell with my human waste for 4 days as a result I suffer rashes, from the flint that builded up on the tollet. I suffer rashes on my back end where I have to sit on my flint toilet because I was unable to flush or dispose my human, I was unable to clean my cell, I was unable to brush my teeth, because I was not allow to have a toothbrush, clothing, wash clothes, anything that I could clean with inside my cell, I was not allow tissue, soap, or toothpaste and as a result of not being allow these human basic need, I was unable to maintain my health and to maintain my personal cleaniness, I have to sleep in a dirty smelly striped cell for 4 days, and was treated to this kind of punishmens for complainting and reporting to another staff member about defendant Allen, defendant Foster, defendant Carver, and defendant wrongful acts against me.

CLAIM Eighth: Defendants acted with deliberate indifference to my serious medical need, defendant actions violated my rights under the Eighth Amendment to the United State Constitution, and caused me pain, suffering and physical injury, and extreme premanently emotional distress

CLAIM NINE: Defendant's action was done without a pendogical and legitmate reason, defendant action violated my rights under the Eighth Amendment to the United States Constitution and caused me pain suffer, and emotion distress and physical injury.

CLAIM TEN: Defendant action of no having clayton a hearing for the punishment violated my rights under the Fourteeth Amendment to the United States Constitution, and caused me pain suffer, physical injury.

CLAIM ELEVEN: Defendants retaulated and contince to relatedak against me for exercise my First Amendment rights defendant actions violated my rights under the First Amendment to the United States Constitution and caused me injurys

CLAIM 12: Defendants action was unnessarey and was uncall for, defendants action violated my rights under the Eighth Amendment to the United State Constitution and caused me pain, suffer, and physical injury

CONCL. PRAYER FOR RELIEF

A Jur trial on all issues triable by Jury
My cost in this suit and medical Bills
Any additional relief this court deem just,
and to have permission to Later on in this case
to be able Amended Complaint

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

John Doe
Joh Don
JohnDoe
The Cormen in the Dorm )

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

WHEREFORE, plaintiff Clayton, respectfully pray that this court enter judgement. Granting Plaintiff Clayton a declaration that the acts and omission described herein violate his rights under the Constitution and law of the United States, and A preliminary and permanent injuntion ordering defendant Cornelous to cease his physical threat to Plaintiff and Granting Plaintiff Clayton compensatory damages in the amount of $50,000 against defendant jointly and severally and Plaintiff Clayton seek punitive damages in the amount of $50,000 jointly and severally

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 18 day of JUNE , 20 15 .

_____
PLAINTIFF